Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Southern District of Indiana**

Case number (*If known*): _____

Chapter you are filing under:

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Tami** First name <br> **Sheri** Middle name <br> **Underwood** Last name <br> _____ Suffix (Sr., Jr, II, III) | _____ First name <br> _____ Middle name <br> _____ Last name <br> _____ Suffix (Sr., Jr, II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | **Tami** First name <br> **S.** Middle name <br> **Beaver** Last name <br><br> **Tami** First name <br> **S.** Middle name <br> **Farmer** Last name <br> See continuation page. | _____ First name <br> _____ Middle name <br> _____ Last name <br><br> _____ First name <br> _____ Middle name <br> _____ Last name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **5 9 8 0** OR 9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ OR 9xx – xx – ___ ___ ___ ___ |

First Name      Middle Name      Last Name

**About Debtor 1:**      **About Debtor 2 (Spouse Only in a Joint Case):**

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business names or EINs.      ☐ I have not used any business names or EINs.

_____      _____
Business name      Business name

_____      _____
Business name      Business name

_ _ _ - _ _ _ _ _ _ _      _ _ _ - _ _ _ _ _ _ _
EIN      EIN

_ _ _ - _ _ _ _ _ _ _      _ _ _ - _ _ _ _ _ _ _
EIN      EIN

**5. Where you live**      **If Debtor 2 lives at a different address:**

**2305 Harvest Moon Drive**      _____
Number   Street      Number   Street

_____      _____

**Greenwood, IN 46143**      _____
City    State   ZIP Code      City    State   ZIP Code

**Johnson**      _____
County      County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.      **If Debtor 2's mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____      _____
Number   Street      Number   Street

_____      _____
P.O. Box      P.O. Box

_____      _____
City    State   ZIP Code      City    State   ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*      *Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.      ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)      ☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____      _____

_____      _____

_____      _____

_____      _____

Debtor 1 _____Tami_____Sheri_____Underwood_____
First Name          Middle Name          Last Name

Case number *(if known)* _____

---

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form B2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay Your Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ MM / DD / YYYY Case number, if known _____

Debtor _____ Relationship to you _____
District _____ When _____ MM / DD / YYYY Case number, if known _____

---

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

- ☐ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number      Street

_____
City                    State        ZIP Code

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**Part 6:   Answer These Questions for Reporting Purposes**

| | |
|---|---|
| **16.   What kind of debts do you have?** | **16a.   Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br><br>☐ No. Go to line 16b.<br>☑ Yes. Go to line 17.<br><br>**16b.   Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.<br><br>☐ No. Go to line 16c.<br>☐ Yes. Go to line 17.<br><br>16c.   State the type of debts you owe that are not consumer debts or business debts.<br>_____ |

| | |
|---|---|
| **17.   Are you filing under Chapter 7?**<br><br>**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?** | ☐ No.   I am not filing under Chapter 7. Go to line 18.<br><br>☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?<br><br>   ☑ No<br>   ☐ Yes |

| | |
|---|---|
| **18.   How many creditors do you estimate that you owe?** | ☐ 1-49   ☑ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |

| | | | |
|---|---|---|---|
| **19.   How much do you estimate your assets to be worth?** | ☐ $0-$50,000<br>☑ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **20.   How much do you estimate your liabilities to be?** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

**Part 7:   Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X   _/s/ Tami Sheri Underwood_____
   Tami Sheri Underwood, Debtor 1

   Executed on  _03/29/2019_____
         MM/  DD/  YYYY

Debtor 1    Tami            Sheri            Underwood                                    Case number *(if known)*
            First Name       Middle Name      Last Name

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

X **/s/ Matthew M Cree**                                Date **03/29/2019**
Matthew M Cree, Attorney                                       MM / DD / YYYY


**Matthew M Cree**
Printed name

**Law Office of Matthew M. Cree, LLC**
Firm name

**1638 W Smith Valley Rd A**
Number        Street


**Greenwood**                                    **IN**        **46142-1550**
City                                            State     ZIP Code


Contact phone **(317) 695-1008**            Email address **matt@creelawoffice.com**


**27073-41**                                    **IN**
Bar number                                        State

Debtor 1    Tami                Sheri                Underwood                                Case number *(if known)*
            First Name          Middle Name          Last Name

| **Additional Items:** | Continuation Page |
|---|---|

| 2. | **All other names you have used in the last 8 years (cont.)** | Tami | S. | Walters |
|---|---|---|---|---|
| | | First name | Middle name | Last name |
| | Include your married or maiden names. | | | |

Fill in this information to identify your case:

| Debtor 1 | Tami | Sheri | Underwood |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Indiana**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................ | $63,249.96 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.............................................................. | $8,427.89 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................................................ | $71,677.85 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $105,540.41 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $5,324.65 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $132,596.38 |
| **Your total liabilities** | $243,461.44 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*........................................................................... | $2,148.54 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................................... | $2,052.00 |

| Debtor 1 | Tami | Sheri | Underwood | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:** Answer These Questions for Administrative and Statistical Records

---

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

---

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

**8.** From the ***Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$2,495.07

---

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $5,324.65 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $97,907.00 |
| 9e.Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $103,231.65 |

---

Fill in this information to identify your case and this filing:

| Debtor 1 | **Tami** | **Sheri** | **Underwood** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Indiana**

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

| 1.1 | **Single family residence** | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

1.1 **Single family residence**
Street address, if available, or other description

**1069 Taurus Ln**

**Franklin, IN 46131-7020**
City          State     ZIP Code

**Johnson**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Source of Value:**
2018 property tax assessment

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$125,700.00**
Current value of the portion you own?  **$62,850.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2 **1/3 interest in mineral rights in one acre of land (owned with brother and sister)**
Street address, if available, or other description

_____

**, PA**
City          State     ZIP Code

**Greene**
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☑ Other        **Mineral Rights**

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Source of Value:**
Per Contract

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$1,200.00**
Current value of the portion you own?  **$399.96**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants in common**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................** →  **$63,249.96**

Debtor 1    Tami        Sheri         Underwood                              Case number (if known)
            First Name  Middle Name   Last Name

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 Make: | Chevy | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Model: | Cruze | ☐ Debtor 1 only | |
| | | ☐ Debtor 2 only | |
| Year: | 2012 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | 157000 | ☑ At least one of the debtors and another | |
| Other information: | | ☐ Check if this is community property (see instructions) | $4,251.00 / $2,125.50 |
| Good condition | | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................................... → **$2,125.50**

## Part 3: Describe Your Personal and Household Items

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe........   | See Attached. |                                **$2,500.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe........   | TV, mobile phone, laptop. |                        **$1,000.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe........

Debtor 1    Tami    Sheri    Underwood                                   Case number *(if known)* _____

First Name    Middle Name    Last Name

---

9.  **Equipment for sports and hobbies**

    *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe........    |                                              |    _____

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe........    |                                              |    _____

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........    | Used clothing                                |    **$600.00**

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe........    | Sapphire ring                                |    **$2,000.00**

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe........    | Dog                                          |    **$200.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........    |                                              |    _____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here.......................................................................................  ➔    | **$6,300.00** |

---

| Part 4: | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes.......................................................................................................  Cash..............    _____

---

Case 19-02113-JMC-7    Doc 1    Filed 03/29/19    EOD 03/29/19 13:18:02    Pg 14 of 103

**17.** **Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................

Institution name:

17.1. Checking account:      **PNC Bank** _____    _____ $2.39

17.2. Checking account:      _____    _____

17.3. Savings account:      _____    _____

17.4. Savings account:      _____    _____

17.5. Certificates of deposit:      _____    _____

17.6. Other financial account:      _____    _____

17.7. Other financial account:      _____    _____

17.8. Other financial account:      _____    _____

17.9. Other financial account:      _____    _____

**18.** **Bonds, mutual funds, or publicly traded stocks**

*Examples:*   Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.................

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them...................

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them...................

**21.** **Retirement or pension accounts**

*Examples:*   Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

| Debtor 1 | Tami | Sheri | Underwood | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**22.** **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes....................

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes....................

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....

**27.** **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them....

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

**29.** **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

Debtor 1 _____Tami_____ _____Sheri_____ _____Underwood_____        Case number (if known)_____

First Name        Middle Name        Last Name

☑ No
☐ Yes.  Give specific information..........

Alimony:                          _____

Maintenance:                 _____

Support:                          _____

Divorce settlement:        _____

Property settlement:       _____

30. **Other amounts someone owes you**

*Examples:*    Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information..........                                                                 _____

31. **Interests in insurance policies**

*Examples:*    Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance company        Company name:                Beneficiary:                Surrender or refund value:
of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes.  Give specific information..........                                                                 _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*    Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim................                                                                 _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim................                                                                 _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..........                                                                 _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................➔

| |
|---|
| $2.39 |

| Debtor 1 | Tami | Sheri | Underwood | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☑ No
☐ Yes. Describe........ [                    ]   _____

39. **Office equipment, furnishings, and supplies**
*Examples:*   Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes. Describe........ [                    ]   _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☑ No
☐ Yes. Describe........ [                    ]   _____

41. **Inventory**
☑ No
☐ Yes. Describe........ [                    ]   _____

42. **Interests in partnerships or joint ventures**
☑ No
☐ Yes. Describe........

43. **Customer lists, mailing lists, or other compilations**
☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
☑ No
☐ Yes. Describe........ [                    ]   _____

44. **Any business-related property you did not already list**
☑ No
☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.............................................................................➔   | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

Case 19-02113-JMC-7    Doc 1    Filed 03/29/19    EOD 03/29/19 13:18:02    Pg 18 of 103

**46.**   **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**47.**   **Farm animals**

*Examples:*   Livestock, poultry, farm-raised fish

☑ No

☐ Yes.........................

_____

**48.**   **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information.............

_____

**49.**   **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes.........................

_____

**50.**   **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes.........................

_____

**51.**   **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information.............

_____

**52.**   **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**................................................................➔

| $0.00 |

---

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.**   **Do you have other property of any kind you did not already list?**

*Examples:*   Season tickets, country club membership

☑ No

☐ Yes. Give specific information.............

_____

_____

_____

**54.**   **Add the dollar value of all of your entries from Part 7. Write that number here**.......................................➔

| $0.00 |

---

**Part 8:**   List the Totals of Each Part of this Form

Case 19-02113-JMC-7    Doc 1    Filed 03/29/19    EOD 03/29/19 13:18:02    Pg 19 of 103

55. **Part 1: Total real estate, line 2**..................................................................................➔      $63,249.96

56. **Part 2: Total vehicles, line 5**      $2,125.50

57. **Part 3: Total personal and household items, line 15**      $6,300.00

58. **Part 4: Total financial assets, line 36**      $2.39

59. **Part 5: Total business-related property, line 45**      $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**      $0.00

61. **Part 7: Total other property not listed, line 54**    +    $0.00

62. **Total personal property.** Add lines 56 through 61..............      $8,427.89    Copy personal property total ➔   +    $8,427.89

63. **Total of all property on Schedule A/B.** Add line 55 + line 62.........................................................      $71,677.85

Debtor 1   **Tami**        **Sheri**          **Underwood**
_____  _____    _____                              Case number *(if known)* _____
First Name   Middle Name    Last Name

# SCHEDULE A/B: PROPERTY
## Continuation Page

| 6. | **Household goods and furnishings** | |
|---|---|---|
| | **Dishes, pots and pans, and misc. household furnishings.** | **$1,000.00** |
| | **Bed, dresser, nightstand, linens, kitchenware, and misc. household goods and furnishings** | **$1,500.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Tami** | **Sheri** | **Underwood** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Indiana** | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                                                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description:<br>Single family residence<br>1069 Taurus Ln Franklin, IN 46131-7020<br><br>Line from *Schedule A/B:*    1.1 | $62,850.00 | ☑ | $0.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(1) |
| Brief description:<br>1/3 interest in mineral rights in one acre of land (owned with brother and sister)<br>PA<br><br>Line from *Schedule A/B:*    1.2 | $399.96 | ☑ | $399.96<br><br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>2012 Chevy Cruze<br>Good condition<br><br>Line from *Schedule A/B*: 3.1 | $2,125.50 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| Brief description:<br>Bed, dresser, nightstand, linens, kitchenware, and misc. household goods and furnishings<br><br>Line from *Schedule A/B*: 6 | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| Brief description:<br>Dishes, pots and pans, and misc. household furnishings.<br><br>Line from *Schedule A/B*: 6 | $1,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| Brief description:<br>TV, mobile phone, laptop.<br><br>Line from *Schedule A/B*: 7 | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| Brief description:<br>Used clothing<br><br>Line from *Schedule A/B*: 11 | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| Brief description:<br>Sapphire ring<br><br>Line from *Schedule A/B*: 12 | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| Brief description:<br>Dog<br><br>Line from *Schedule A/B*: 13 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(2) |
| Brief description:<br>PNC Bank<br>Checking account<br><br>Line from *Schedule A/B*: 17 | $2.39 | ☑ $2.39<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code § 34-55-10-2(c)(3) |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Tami** | **Sheri** | **Underwood** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Indiana** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1** Ashmore Trace Apartments
Creditor's Name
Attn: Highest Executive Officer Found
902 Wallington Cir
Number        Street
Greenwood, IN 46143-2353
City            State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
8/8/2018

**Describe the property that secures the claim:**

Single family residence
1069 Taurus Ln Franklin, IN 46131-7020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** _1_ _1_ _9_ _6_

| Column A | Column B | Column C |
|---|---|---|
| $3,356.70 | $62,850.00 | $0.00 |

**Remarks:** Judgment in Cause No. 41D03-1804-SC-001196

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $3,356.70 |

Debtor 1    Tami     Sheri     Underwood

First Name     Middle Name     Last Name       Case number *(if known)*

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**   Barclays Bank Delaware

Creditor's Name

PO Box 8801

Number     Street

Wilmington, DE 19899

City     State     ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**

02/20/2018

**Describe the property that secures the claim:**

> Single family residence
> 1069 Taurus Ln Franklin, IN 46131-7020

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**   1   2   7   5

Column A: $2,024.92   Column B: $62,850.00   Column C: $0.00

**Remarks:** Judgment in Cause No. 41D04-1712-CC-001275

---

**2.3**   Capital One Auto Finance

Creditor's Name

Attn: Bankruptcy

PO Box 30285

Number     Street

Salt Lake City, UT 84130-0285

City     State     ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**

3/1/2014

**Describe the property that secures the claim:**

> 2012 Chevy Cruze
> Good condition

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**   1   0   0   1

Column A: $8,595.00   Column B: $2,125.50   Column C: $6,469.50

**Remarks:** Auto Loan

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $10,619.92

| Part 1: | Additional Page<br><br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.4** Eagle Accounts Group, Inc.
Creditor's Name

Attn: Chet D. Klene, Reg. Agent

7510 Madison Avenue
Number        Street

Indianapolis, IN 46227
City                State        ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
11/28/2018

**Describe the property that secures the claim:**

Single family residence
1069 Taurus Ln Franklin, IN 46131-7020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number**  2  8  6  9

| | $1,467.47 | $62,850.00 | $0.00 |

**Remarks:** Judgment in Cause No. 41D02-1809-SC-002869

---

**2.5** LVNV Funding, LLC
Creditor's Name

c/o Corporation Service Company

135 N Pennsylvania St Ste 1610
Number        Street

Indianapolis, IN 46204-2448
City                State        ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
8/8/2017

**Describe the property that secures the claim:**

Single family residence
1069 Taurus Ln Franklin, IN 46131-7020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number**  0  2  8  5

| | $1,064.29 | $62,850.00 | $0.00 |

**Remarks:** Judgment in Cause No. 41D04-1703-CC-000285

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $2,531.76

Debtor 1    Tami     Sheri     Underwood     Case number *(if known)*

First Name     Middle Name     Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.6**   Progressive Leasing
Creditor's Name

Attn: Bankruptcy Dept.

256 W Data Dr
Number     Street

Draper, UT 84020-2315
City     State     ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
2018

**Describe the property that secures the claim:**      $750.16      $1,000.00      $0.00

Dishes, pots and pans, and misc. household furnishings.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Lease**

**Last 4 digits of account number**   1   4   7   4

---

**2.7**   Progressive Leasing
Creditor's Name

Attn: Bankruptcy Dept.

256 W Data Dr
Number     Street

Draper, UT 84020-2315
City     State     ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
2018

**Describe the property that secures the claim:**      $819.87      $1,000.00      $0.00

Dishes, pots and pans, and misc. household furnishings.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number**   0   7   3   4

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**     $1,570.03

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.8**

| South Shore Bank | Describe the property that secures the claim: | $87,462.00 | $62,850.00 | $24,612.00 |

Creditor's Name

Attn: Bankruptcy

PO Box 151

Number        Street

Weymouth, MA 02188

City                          State        ZIP Code

Describe the property that secures the claim:

Single family residence
1069 Taurus Ln Franklin, IN 46131-7020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
6/1/2005

**Last 4 digits of account number** _8_ _4_ _9_ _1_

**Remarks:** Mortgage

| Add the dollar value of your entries in Column A on this page. Write that number here: | $87,462.00 |
|---|---|

| Debtor 1 | Tami | Sheri | Underwood | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any of the debts in Part 1, do not fill out or submit this page.

**1**
Barclays Bank Delaware
Name
PO Box 8801
Number        Street

Wilmington, DE 19899
City                                          State        ZIP Code

On which line in Part 1 did you enter the creditor?   2
Last 4 digits of account number  6  7  9  8

**2**
Denise Marie Hallett
Name
Po Box 757
Number        Street
Attorney at Law
Hobart, IN 46342-0757
City                                          State        ZIP Code

On which line in Part 1 did you enter the creditor?   5
Last 4 digits of account number  0  2  8  5

**3**
Gene B. Glick Co., Inc.
Name
8801 River Crossing Blvd Ste 200
Number        Street
Attn: Adam J. Richter, Reg. Agent
Indianapolis, IN 46240-2295
City                                          State        ZIP Code

On which line in Part 1 did you enter the creditor?   1
Last 4 digits of account number  1  1  9  6

**4**
Joseph Brian Walterman
Name
PO Box 631
Number        Street
Attorney at Law
Greenwood, IN 46142
City                                          State        ZIP Code

On which line in Part 1 did you enter the creditor?   4
Last 4 digits of account number  2  8  6  9

**5**
JP Morgan Chase Bank, N.A.
Name
Po Box 78420
Number        Street
Attn: Bankruptcy Dept.
Phoenix, AZ 85062-8420
City                                          State        ZIP Code

On which line in Part 1 did you enter the creditor?   8
Last 4 digits of account number  ___ ___ ___ ___

**6**
Kara A. Graham
Name
4645 Executive Drive
Number        Street
Levy & Associates LLC
Columbus, OH 43220
City                                          State        ZIP Code

On which line in Part 1 did you enter the creditor?   2
Last 4 digits of account number  1  2  7  5

Debtor 1    Tami    Sheri    Underwood

First Name    Middle Name    Last Name

Case number *(if known)*

---

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**    Additional Page

| 7 | L B Gray LLC | **On which line in Part 1 did you enter the creditor?** 1 |
|---|---|---|
| Name | | **Last 4 digits of account number** 6 6 1 3 |

9100 Keystone Xing Ste 850
Number        Street

Attn: Bankruptcy Dept.

Indianapolis, IN 46240-0015
City                State        ZIP Code

| 8 | Rachel L. Elmore | **On which line in Part 1 did you enter the creditor?** 1 |
|---|---|---|
| Name | | **Last 4 digits of account number** 1 1 9 6 |

9100 Keystone Crossing Ste. 870
Number        Street

Indianapolis, IN 46240
City                State        ZIP Code

| 9 | Stenger & Stenger, P.C. | **On which line in Part 1 did you enter the creditor?** 5 |
|---|---|---|
| Name | | **Last 4 digits of account number** 0 2 8 5 |

2618 East Paris Ave Se
Number        Street

Attn: Bankruptcy Dept.

Grand Rapids, MI 49546-2454
City                State        ZIP Code

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**    $105,540.41

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Tami** | **Sheri** | **Underwood** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Indiana** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Indiana Department of Revenue** | <u>unknown</u> | <u>unknown</u> | <u>unknown</u> |

| | |
|---|---|
| **Indiana Department of Revenue** | Last 4 digits of account number _____ |
| Priority Creditor's Name | |
| **Bankruptcy Section, N-240 MS 108** | When was the debt incurred? _____ |
| **100 N Senate Ave** | As of the date you file, the claim is: Check all that apply. |
| Number       Street | ☐ Contingent |
| **Indianapolis, IN 46204-2273** | ☐ Unliquidated |
| City            State      ZIP Code | ☐ Disputed |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☑ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☑ Taxes and certain other debts you owe the |
| ☐ Debtor 1 and Debtor 2 only | government |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were |
| ☐ **Check if this claim is for a community debt** | intoxicated |
| **Is the claim subject to offset?** | ☐ Other. Specify |
| ☑ No | |
| ☐ Yes | |
| **Remarks:** Notice Only | |

First Name     Middle Name     Last Name

---

| Part 1: | Your PRIORITY Unsecured Claims - Continuation Page |
|---------|---------------------------------------------------|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.2**

**Internal Revenue Service**
Priority Creditor's Name

**Centralized Insolvency Operations**

**Po Box 7346**
Number          Street

**Philadelphia, PA 19101-7346**
City                          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Liability for 1040 income taxes

Last 4 digits of account number  **5980**

**When was the debt incurred?**     **10/30/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: **$3,178.01**     Priority amount: **$3,178.01**     Nonpriority amount: **$0.00**

**2.3**

**Internal Revenue Service**
Priority Creditor's Name

**Centralized Insolvency Operations**

**Po Box 7346**
Number          Street

**Philadelphia, PA 19101-7346**
City                          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Liability for 1040 taxes

Last 4 digits of account number  **5980**

**When was the debt incurred?**     **12/31/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: **$2,146.64**     Priority amount: **$2,146.64**     Nonpriority amount: **$0.00**

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|

| 4.1 | **Afni, Inc.** | Last 4 digits of account number  1386 | $1,323.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3427**

Number     Street

**Bloomington, IL 61702**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    06/01/2018

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection agent for AT&T Mobility**

| 4.2 | **American Health Network of Indiana, LLC** | Last 4 digits of account number  6072 | $532.74 |
|---|---|---|---|

Nonpriority Creditor's Name

**10689 N. Pennsylvania St #200**

Number     Street

**Indianapolis, IN 46280**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Services**

| 4.3 | **American Health Network of Johnson County** | Last 4 digits of account number  6072 | $40.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1300 W Jefferson St Ste C**

Number     Street

**Franklin, IN 46131-9121**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    04/26/2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Services**

Debtor 1    **Tami**          **Sheri**           **Underwood**
           First Name        Middle Name         Last Name                    Case number *(if known)*_____

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.4** | **American Health Network of Johnson County** | Last 4 digits of account number  **1741** | **$150.37**
Nonpriority Creditor's Name

**1300 W Jefferson St Ste C**
Number    Street

**Franklin, IN 46131-9121**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    **06/29/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Services**

---

**4.5** | **American Health Network of Johnson County** | Last 4 digits of account number  **1741** | **$20.50**
Nonpriority Creditor's Name

**1300 W Jefferson St Ste C**
Number    Street

**Franklin, IN 46131-9121**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    **12/15/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Services**

---

**4.6** | **American Health Network of Johnson County** | Last 4 digits of account number  **6072** | **$564.41**
Nonpriority Creditor's Name

**1300 W Jefferson St Ste C**
Number    Street

**Franklin, IN 46131-9121**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Services**

---

Debtor 1    **Tami**      **Sheri**      **Underwood**

First Name        Middle Name        Last Name

Case number *(if known)* _____

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims - Continuation Page**

---

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.      **Total claim**

---

**4.7**   **Big Picture Loans, LLC**            **$1,332.40**

Nonpriority Creditor's Name

**Attn: Customer Service**

**Po Box 704**

Number      Street

**Watersmeet, MI 49969-0704**

City        State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5749**

**When was the debt incurred?**    **06/05/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured loan**

---

**4.8**   **Capital One**            **$187.11**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 30285**

Number      Street

**Salt Lake City, UT 84130-0285**

City        State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **8852**

**When was the debt incurred?**    **12/14/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.9**   **Center for Diagnostic Imaging**            **$300.00**

Nonpriority Creditor's Name

**Po Box 2303 Dept 163**

Number      Street

**Indianapolis, IN 46206-2303**

City        State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2056**

**When was the debt incurred?**    **12/11/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Services**

---

| Debtor 1 | Tami | Sheri | Underwood | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.10**    CHN JMH Ventures LLC
Nonpriority Creditor's Name

7610 Solutions Ctr
Number        Street

Chicago, IL 60677-7006
City            State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  3429

**When was the debt incurred?**    07/18/2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Services**

**$700.00**

---

**4.11**    Choice Recovery
Nonpriority Creditor's Name

1550 Old Henderson Road Suite 100
Number        Street

Columbus, OH 43220
City            State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  0807

**When was the debt incurred?**    06/01/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collection agent for Morton Family Dental Care**

**$114.00**

---

**4.12**    Comenity Bank
Nonpriority Creditor's Name

Attn: Bankruptcy Dept.

PO Box 182125
Number        Street

Columbus, OH 43218
City            State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  9221

**When was the debt incurred?**    02/07/2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card - Lane Bryant**

**$436.69**

---

Debtor 1    **Tami**          **Sheri**            **Underwood**
             First Name        Middle Name          Last Name

Case number *(if known)*_____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.13** **Commonwealth Financial Systems**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**245 Main St**
Number        Street

**Dickson City, PA 18519-1641**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **8368**

**When was the debt incurred?**    **04/16/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection agent for Pendrick Capital Partners II / Original Creditor: Greenway Trails Emerg Phys**

**$178.31**

---

**4.14** **Community Health Network**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**Po Box 19202**
Number        Street

**Indianapolis, IN 46219-0202**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **8772**

**When was the debt incurred?**    **12/26/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Services**

**$25.63**

---

**4.15** **Credit Management, LP**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 118288**
Number        Street

**Carrollton, TX 75011**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **7385**

**When was the debt incurred?**    **01/01/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection agent for Comcast**

**$167.00**

---

Debtor 1   **Tami**          **Sheri**          **Underwood**
     First Name     Middle Name     Last Name     Case number *(if known)* _____

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.16**

**Credit One Bank**
Nonpriority Creditor's Name

**ATTN: Bankruptcy**

**PO Box 98873**
Number          Street

**Las Vegas, NV 89193**
City          State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0812**
**When was the debt incurred?**   **03/01/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**$420.00**

---

**4.17**

**Dept of Ed / Navient**
Nonpriority Creditor's Name

**Attn: Claims Dept**

**PO Box 9635**
Number          Street

**Wilkes Barr, PA 18773-9635**
City          State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0630**
**When was the debt incurred?**   **06/01/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$87,298.00**

---

**4.18**

**Eagle Accounts Group, Inc.**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 17400**
Number          Street

**Indianapolis, IN 46217**
City          State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1000**
**When was the debt incurred?**   **08/27/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection agent for MyOrthoTeam.com**

**$1,271.00**

---

Debtor 1    **Tami**    **Sheri**    **Underwood**
_____    Case number *(if known)* _____
First Name    Middle Name    Last Name

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

**4.19**
**Eagle Accounts Group, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 17400**
Number        Street
**Indianapolis, IN 46217**
City        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1001**      $212.00
**When was the debt incurred?**    **08/27/2014**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection agent for South Emerson Anesthesia Associates**

**4.20**
**Eagle Accounts Group, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 17400**
Number        Street
**Indianapolis, IN 46217**
City        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **3952**      $100.00
**When was the debt incurred?**    **02/19/2015**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection agent for Larry J. Buckel, MD, Inc.**

**4.21**
**First National Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 5097**
Number        Street
**Sioux Falls, SD 57117-5097**
City        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **3162**      $342.00
**When was the debt incurred?**    **11/01/2014**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card - Legacy**

Debtor 1    **Tami        Sheri        Underwood**
            First Name    Middle Name  Last Name                Case number *(if known)* _____

---

**Part 2:**   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.22**   First Savings Credit Card

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**

**PO Box 5019**
Number       Street

**Sioux Falls, SD 57117**
City                State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5305**

When was the debt incurred?    **07/01/2014**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

**$374.00**

---

**4.23**   Franciscan Alliance Inc.

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**28044 Network Pl**
Number       Street

**Chicago, IL 60673-1280**
City                State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5329**

When was the debt incurred?    **01/20/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical Services**

**$3,824.05**

---

**4.24**   G. L. A. Collection Company

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 588**
Number       Street

**Greensburg, IN 47240-0588**
City                State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **9338**

When was the debt incurred?    **05/01/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Collection agent for JWM Neurology**

**$121.00**

---

Debtor 1    **Tami**          **Sheri**          **Underwood**
_____    First Name    Middle Name    Last Name          Case number *(if known)* _____

| | | |
|---|---|---|

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.25**    **Genesis BC/Celtic Bank**
_____
Nonpriority Creditor's Name

**Attn: Bankruptcy**
_____

**268 South State Street Ste 300**
_____
Number          Street

**Salt Lake City, UT 84111**
_____
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **9117**  _____
**When was the debt incurred?**      **12/01/2018**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**$331.00**

---

**4.26**    **Gymboree Corporation**
_____
Nonpriority Creditor's Name

**Attn: Payroll / Human Resources**
_____

**500 Howard St.**
_____
Number          Street

**San Francisco, CA 94105**
_____
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1275**  _____
**When was the debt incurred?**      **04/09/2018**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**NOTICE ONLY - Garnishee Defendant in Cause No. 41D04-1712-CC-001275**

**unknown**

---

**4.27**    **Harris & Harris**
_____
Nonpriority Creditor's Name

**111 W Jackson Blvd Suite 400**
_____
Number          Street

**Chicago, IL 60604**
_____
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4003**  _____
**When was the debt incurred?**      **05/31/2018**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection agent for Franciscan Health / Franciscan Alliance Inc.**

**$3,824.00**

Debtor 1　　**Tami**　　　　**Sheri**　　　　**Underwood**

First Name　　　Middle Name　　　Last Name

Case number *(if known)* _____

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.28**

**Hoosier Foot and Ankle**
Nonpriority Creditor's Name

**1159 W Jefferson St Ste 204**
Number　　Street

**Franklin, IN 46131-2795**
City　　　　　State　　ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number　**0661**

When was the debt incurred?　　**06/21/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Services**

**$459.66**

---

**4.29**

**Hoosier Foot and Ankle**
Nonpriority Creditor's Name

**1159 W Jefferson St Ste 204**
Number　　Street

**Franklin, IN 46131-2795**
City　　　　　State　　ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number　**7861**

When was the debt incurred?　　**06/21/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Services**

**$736.74**

---

**4.30**

**Huntington National Bank**
Nonpriority Creditor's Name

**PO Box 1558**
Number　　Street

**Columbus, OH 43216**
City　　　　　State　　ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number　**2277**

When was the debt incurred?　　**11/15/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$1,360.98**

---

Debtor 1    **Tami**          **Sheri**          **Underwood**
_____    First Name          Middle Name          Last Name          Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.31**

**IMC Credit Services, LLC**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 20636**
Number          Street
**Indianapolis, IN 46220**
City          State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **3693**
**When was the debt incurred?**     **03/01/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection agent for AHN/Anatomic Pathology Lab**

**$150.00**

---

**4.32**

**Indiana Immediate Care**
Nonpriority Creditor's Name
**Attn: Billing Department**
**Po Box 15206**
Number          Street
**Loves Park, IL 61132-5206**
City          State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **8925**
**When was the debt incurred?**     **11/13/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Services**

**$19.80**

---

**4.33**

**Indiana Immediate Care**
Nonpriority Creditor's Name
**Attn: Billing Department**
**Po Box 15206**
Number          Street
**Loves Park, IL 61132-5206**
City          State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **8925**
**When was the debt incurred?**     **08/19/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Services**

**$89.71**

---

| Debtor 1 | Tami | Sheri | Underwood | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.34**

**JMH OCC Health Immediate Care**
Nonpriority Creditor's Name

**Po Box 314**
Number        Street

**Franklin, IN 46131-0314**
City                State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0373**
**When was the debt incurred?**        **09/26/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Services**

**unknown**

---

**4.35**

**JMH OCC Health Immediate Care**
Nonpriority Creditor's Name

**Po Box 314**
Number        Street

**Franklin, IN 46131-0314**
City                State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0373**
**When was the debt incurred?**        **5/31-6 /22/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Services**

**$147.09**

---

**4.36**

**JMH OCC Health Immediate Care**
Nonpriority Creditor's Name

**Po Box 314**
Number        Street

**Franklin, IN 46131-0314**
City                State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0373**
**When was the debt incurred?**        **05/31/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Services**

**$112.69**

---

Debtor 1     **Tami**          **Sheri**          **Underwood**
             First Name        Middle Name        Last Name                    Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.37**   **Johnson Memorial Hospital** _____
Nonpriority Creditor's Name

**PO Box 669** _____

**1125 W Jefferson St** _____
Number        Street

**Franklin, IN 46131-2140** _____
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0373** _____
**When was the debt incurred?** _____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Services**

**$34.40**

---

**4.38**   **Johnson Memorial Hospital** _____
Nonpriority Creditor's Name

**PO Box 669** _____

**1125 W Jefferson St** _____
Number        Street

**Franklin, IN 46131-2140** _____
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **3664** _____
**When was the debt incurred?**    **09/07/2018**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Services**

**$64.28**

---

**4.39**   **Johnson Memorial Hospital** _____
Nonpriority Creditor's Name

**PO Box 669** _____

**1125 W Jefferson St** _____
Number        Street

**Franklin, IN 46131-2140** _____
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **7249** _____
**When was the debt incurred?**    **09/19/2018**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Services**

**$64.28**

---

Debtor 1    **Tami          Sheri          Underwood**
              First Name      Middle Name    Last Name                    Case number *(if known)* _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.40**  **Johnson Memorial Hospital**
_____
Nonpriority Creditor's Name

**PO Box 669**
_____

**1125 W Jefferson St**
_____
Number          Street

**Franklin, IN 46131-2140**
_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6474**  _____

**When was the debt incurred?**        **07/11/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Medical Services**

**$106.19**

---

**4.41**  **Johnson Memorial Hospital**
_____
Nonpriority Creditor's Name

**PO Box 669**
_____

**1125 W Jefferson St**
_____
Number          Street

**Franklin, IN 46131-2140**
_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **7271**  _____

**When was the debt incurred?**        **06/22/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Medical Services**

**$185.59**

---

**4.42**  **Johnson Memorial Hospital**
_____
Nonpriority Creditor's Name

**PO Box 669**
_____

**1125 W Jefferson St**
_____
Number          Street

**Franklin, IN 46131-2140**
_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6256**  _____

**When was the debt incurred?**        **06/14/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Medical Services**

**$106.19**

---

Debtor 1    **Tami        Sheri        Underwood**
              First Name    Middle Name    Last Name

Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.43**   **Johnson Memorial Hospital**
Nonpriority Creditor's Name

**PO Box 669**

**1125 W Jefferson St**
Number      Street

**Franklin, IN 46131-2140**
City              State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **8049**

**When was the debt incurred?    07/14/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Services**

**$221.00**

---

**4.44**   **JWM Neurology, PC**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**Po Box 2152**
Number      Street

**Indianapolis, IN 46206-2152**
City              State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **3305**

**When was the debt incurred?    05/28/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Services**

**$121.33**

---

**4.45**   **KeyBank, N.A.**
Nonpriority Creditor's Name

**Attn: Bankruptcy Department**

**4910 Tiedeman Road**
Number      Street

**Brooklyn, OH 44144**
City              State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **XD01**

**When was the debt incurred?    01/11/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**$554.61**

---

Debtor 1    **Tami        Sheri        Underwood**                     Case number *(if known)* _____
_____   First Name   Middle Name   Last Name

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.46**

**Kohls**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**Po Box 3120**
Number        Street

**Milwaukee, WI 53201-3120**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **5776**

**When was the debt incurred?**    **09/01/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Charge Account**

**$224.00**

---

**4.47**

**Kohls**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**Po Box 3120**
Number        Street

**Milwaukee, WI 53201-3120**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **8288**

**When was the debt incurred?**    **02/01/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Charge Account**

**$187.00**

---

**4.48**

**Langdon Mortage Company**
Nonpriority Creditor's Name

**Attn: Payroll / Human Resources**

**250 E 96th St Ste 275**
Number        Street

**Indianapolis, IN 46240-3866**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **2869**

**When was the debt incurred?**    **12/11/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **NOTICE ONLY - Garnishee Defendant in Cause No. 41D02-1809-SC-002869**

**unknown**

---

Debtor 1   **Tami          Sheri          Underwood**
           First Name     Middle Name    Last Name                    Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.49**

**LVNV Funding/Resurgent Capital**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 10497**
Number          Street

**Greenville, SC 29603**
City               State       ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **9819**

**When was the debt incurred?**    **07/01/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Factoring Company / Original Account: Webbank Fingerhut**

**$1,164.00**

---

**4.50**

**Med-1 Solutions, LLC**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**517 US Highway 31 North**
Number          Street

**Greenwood, IN 46142-3932**
City               State       ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **6186**

**When was the debt incurred?**    **04/01/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collection agent for Community Health Network**

**$25.00**

---

**4.51**

**Merrick Bank/CardWorks**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9201**
Number          Street

**Old Bethpage, NY 11804**
City               State       ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **5208**

**When was the debt incurred?**    **07/26/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

**$1,410.70**

---

Debtor 1  **Tami**  **Sheri**  **Underwood**
First Name  Middle Name  Last Name  Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.  **Total claim**

---

**4.52** | **MidAmerica Bank & Trust Company** | | **$440.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 400**
Number     Street

**Dixon, MO 65459**
City          State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5878**

**When was the debt incurred?**  **08/01/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

---

**4.53** | **Midland Funding, LLC** | | **$1,000.00**

Nonpriority Creditor's Name

**c/o Corporation Service Company**

**135 N Pennsylvania St Ste 1610**
Number     Street

**Indianapolis, IN 46204-2448**
City          State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **8859**

**When was the debt incurred?**  **08/01/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Factoring Company / Original Account: Synchrony Bank**

---

**4.54** | **Midland Funding, LLC** | | **$980.00**

Nonpriority Creditor's Name

**c/o Corporation Service Company**

**135 N Pennsylvania St Ste 1610**
Number     Street

**Indianapolis, IN 46204-2448**
City          State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **9738**

**When was the debt incurred?**  **05/01/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Factoring Company / Original Account: Synchrony Bank**

---

Debtor 1    **Tami**      **Sheri**      **Underwood**
_____  First Name    Middle Name    Last Name    _____    Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.55**

**Midland Funding, LLC**
Nonpriority Creditor's Name

**c/o Corporation Service Company**

**135 N Pennsylvania St Ste 1610**
Number          Street

**Indianapolis, IN 46204-2448**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **2313**

When was the debt incurred?    **07/01/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Factoring Company / Original Account: Comenity Bank**

**$669.00**

---

**4.56**

**MyOrthoTeam.com**
Nonpriority Creditor's Name

**St. Francis South Campus**

**8141 S Emerson Ave Ste A**
Number          Street

**Indianapolis, IN 46237-8561**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **1773**

When was the debt incurred?    **02/03/2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Services**

**$795.23**

---

**4.57**

**Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9000**
Number          Street

**Wiles-Barr, PA 18773-9000**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **0604**

When was the debt incurred?    **06/01/2008**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

**$5,352.00**

---

Debtor 1    **Tami** **Sheri** **Underwood**                                    Case number *(if known)* _____
_____  First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.58**

**Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9000**
Number    Street

**Wiles-Barr, PA 18773-9000**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **3588** _____

**When was the debt incurred?**    **10/01/2007**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$2,909.00**

---

**4.59**

**Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9000**
Number    Street

**Wiles-Barr, PA 18773-9000**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0221** _____

**When was the debt incurred?**    **02/01/2008**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$2,348.00**

---

**4.60**

**New World Collections, Inc.**
Nonpriority Creditor's Name

**9000 Keystone Crossing Ste 635**
Number    Street

**Indianapolis, IN 46240**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6196** _____

**When was the debt incurred?**    **05/16/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection agent for Cutaneous and Maxillofacial**

**$78.00**

Debtor 1    **Tami**          **Sheri**          **Underwood**

       First Name       Middle Name       Last Name         Case number *(if known)* _____

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.      **Total claim**

---

**4.61**  **OneMain Financial**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**601 NW 2nd Street**

Number     Street

**Evansville, IN 47708**

City     State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **0885**

**When was the debt incurred?**   **10/01/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured loan**

**$3,456.00**

---

**4.62**  **Portfolio Recovery Associates LLC**

Nonpriority Creditor's Name

**PO Box 41021**

Number     Street

**Norfolk, VA 23541**

City     State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **3220**

**When was the debt incurred?**   **01/00/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Factoring Company / Original Account: Capital One Bank USA, N.A.**

**$334.00**

---

**4.63**  **Radiology of Indiana P.C.**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**7340 Shadeland Sta Ste 200**

Number     Street

**Indianapolis, IN 46256-3980**

City     State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **17iv**

**When was the debt incurred?**   **07/14/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Services**

**$15.04**

---

Debtor 1    **Tami**          **Sheri**          **Underwood**
              First Name         Middle Name        Last Name

Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.64**    **Radiology of Indiana P.C.**                                   Last 4 digits of account number  **7344**                                **$62.50**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**                                                **When was the debt incurred?**   **07/18/2018**

**7340 Shadeland Sta Ste 200**                                            **As of the date you file, the claim is:** Check all that apply.
Number          Street
                                                                          ☐ Contingent
**Indianapolis, IN 46256-3980**
City                  State       ZIP Code                                ☐ Unliquidated

**Who incurred the debt?** Check one.                                     ☐ Disputed

☑ Debtor 1 only                                                           **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only                                                          ☐ Student loans

☐ Debtor 1 and Debtor 2 only                                             ☐ Obligations arising out of a separation agreement or
                                                                             divorce that you did not report as priority claims
☐ At least one of the debtors and another
                                                                          ☐ Debts to pension or profit-sharing plans, and other
☐ **Check if this claim is for a community debt**                             similar debts

**Is the claim subject to offset?**                                       ☑ Other. Specify

☑ No                                                                         **Medical Services**

☐ Yes

---

**4.65**    **St. Vincent Medical Group Inc.**                            Last 4 digits of account number  **7598**                                **$71.77**

Nonpriority Creditor's Name

**Attn #12812M**                                                          **When was the debt incurred?**   **03/29/2018**

**Po Box 14000**                                                          **As of the date you file, the claim is:** Check all that apply.
Number          Street
                                                                          ☐ Contingent
**Belfast, ME 04915-4033**
City                  State       ZIP Code                                ☐ Unliquidated

**Who incurred the debt?** Check one.                                     ☐ Disputed

☑ Debtor 1 only                                                           **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only                                                          ☐ Student loans

☐ Debtor 1 and Debtor 2 only                                             ☐ Obligations arising out of a separation agreement or
                                                                             divorce that you did not report as priority claims
☐ At least one of the debtors and another
                                                                          ☐ Debts to pension or profit-sharing plans, and other
☐ **Check if this claim is for a community debt**                             similar debts

**Is the claim subject to offset?**                                       ☑ Other. Specify

☑ No                                                                         **Medical Services**

☐ Yes

---

**4.66**    **Summit Receivables**                                        Last 4 digits of account number  **8560**                                **$1,165.00**

Nonpriority Creditor's Name

**1291 Galleria Dr Ste 170**                                             **When was the debt incurred?**   _____
Number          Street
                                                                          **As of the date you file, the claim is:** Check all that apply.
**Henderson, NV 89014-8635**
City                  State       ZIP Code                                ☐ Contingent

**Who incurred the debt?** Check one.                                     ☐ Unliquidated

☑ Debtor 1 only                                                           ☐ Disputed

☐ Debtor 2 only                                                          **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                                             ☐ Student loans

☐ At least one of the debtors and another                                ☐ Obligations arising out of a separation agreement or
                                                                             divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**
                                                                          ☐ Debts to pension or profit-sharing plans, and other
**Is the claim subject to offset?**                                          similar debts

☑ No                                                                      ☑ Other. Specify

☐ Yes                                                                        **Collection agent for Global Trust Management LLC /
                                                                             MobiLoans LLC**

---

Debtor 1    **Tami**          **Sheri**          **Underwood**

First Name      Middle Name      Last Name                              Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---------|----------------------------------------------------|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.67**

**Synchrony Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**

**PO Box 965060**
Number        Street

**Orlando, FL 32896**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **5092**

**When was the debt incurred?**    **03/01/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Charge Account - Walmart**

**$254.00**

---

**4.68**

**Total Visa**
Nonpriority Creditor's Name

**Po Box 5069**
Number        Street

**Sioux Falls, SD 57117-5069**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **5878**

**When was the debt incurred?**    **12/27/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit Card**

**$382.39**

---

**4.69**

**WLCC II DBA Arrowhead Advance**
Nonpriority Creditor's Name

**Po Box 6048**
Number        Street

**Pine Ridge, SD 57770-6048**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **2750**

**When was the debt incurred?**    **02/10/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Personal Loan**

**$550.00**

---

| Debtor 1 | **Tami** | **Sheri** | **Underwood** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**U.S. Department of Education**
Name
**Attn: Bankruptcy / Litigation**
**400 Maryland Ave Sw**
Number       Street
**Washington, DC 20202-0001**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.17** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0630** _____

---

**U.S. Department of Education**
Name
**Attn: Bankruptcy / Litigation**
**400 Maryland Ave Sw**
Number       Street
**Washington, DC 20202-0001**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.57** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0604** _____

---

**Franciscan Alliance Inc.**
Name
**1515 W Dragoon Trl**
Number       Street
**Mishawaka, IN 46544-4710**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.27** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **4003** _____

---

**Franciscan Alliance Inc.**
Name
**Attn: Bankruptcy Dept.**
**28044 Network Pl**
Number       Street
**Chicago, IL 60673-1280**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.27** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **4003** _____

---

**FMA Alliance Ltd.**
Name
**Po Box 2409**
Number       Street
**Houston, TX 77252-2409**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.61** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **4984** _____

---

**ARS National Services Inc.**
Name
**Po Box 469046**
Number       Street
**Escondido, CA 92046-9046**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.61** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **7409** _____

---

**Radius Global Solutions**
Name
**Po Box 390846**
Number       Street
**Minneapolis, MN 55439-0846**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.61** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **1223** _____

---

| Debtor 1 | Tami | Sheri | Underwood | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 3:** List Others to Be Notified About a Debt That You Already Listed  Additional Page

---

**National Enterprise System**
Name
**2479 Edison Blvd Unit A**
Number        Street
**Twinsburg, OH 44087**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.61**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **3073** _____

---

**U.S. Department of Education**
Name
**Attn: Bankruptcy / Litigation**
**400 Maryland Ave Sw**
Number        Street
**Washington, DC 20202-0001**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.58**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **3588** _____

---

**U.S. Department of Education**
Name
**Attn: Bankruptcy / Litigation**
**400 Maryland Ave Sw**
Number        Street
**Washington, DC 20202-0001**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.59**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0221** _____

---

**AT&T**
Name
**4331 Communications Dr**
Number        Street
**Dallas, TX 75211-1300**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.1**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **5639** _____

---

**MyOrthoTeam.com**
Name
**St. Francis South Campus**
**8141 S Emerson Ave Ste A**
Number        Street
**Indianapolis, IN 46237-8561**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.18**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **1000** _____

---

**Can Capital / Webbank**
Name
**115 N 400 W # 301**
Number        Street
**Salt Lake Cty, UT 84103-1124**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.49**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **9819** _____

---

**Fingerhut**
Name
**Attn: Bankruptcy Dept.**
**6250 Ridgewood Rd**
Number        Street
**Saint Cloud, MN 56303-0820**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.49**  of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **9819** _____

Debtor 1    **Tami**      **Sheri**      **Underwood**      Case number *(if known)* _____

     First Name       Middle Name       Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed Additional Page |
|---|---|

---

**Stenger & Stenger, P.C.**
Name
**Attn: Bankruptcy Dept.**
**2618 East Paris Ave Se**
Number     Street
**Grand Rapids, MI 49546-2454**
City       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.49** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 0285**

---

**Synchrony Bank**
Name
**Attn: Bankruptcy Dept.**
**Po Box 965064**
Number     Street
**Orlando, FL 32896-5064**
City       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.53** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 8859**

---

**Synchrony Bank**
Name
**Attn: Bankruptcy Dept.**
**Po Box 965064**
Number     Street
**Orlando, FL 32896-5064**
City       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.54** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 9738**

---

**Comenity Bank**
Name
**Attn: Bankruptcy Dept.**
**PO Box 182125**
Number     Street
**Columbus, OH 43218**
City       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.55** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 2313**

---

**Portfolio Recovery Associates LLC**
Name
**Attn: Litigation**
**120 Corporate Blvd**
Number     Street
**Norfolk, VA 23502-4952**
City       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.62** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 3220**

---

**Capital One**
Name
**Attn: Bankruptcy**
**PO Box 30285**
Number     Street
**Salt Lake City, UT 84130-0285**
City       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.62** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 3220**

---

**Firstsource Advantage, LLC**
Name
**205 Bryant Woods S**
Number     Street
**Buffalo, NY 14228-3609**
City       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.67** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 5346**

---

Debtor 1     **Tami**          **Sheri**          **Underwood**                    Case number *(if known)* _____
         First Name      Middle Name      Last Name

**Part 3:**  List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**Global Credit & Collection Corp.**
Name
**Attn: Bankruptcy Dept.**
**300 International Dr Pmb 10015**
Number     Street
**Williamsville, NY 14221-5781**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.67** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 8654**

---

**Capital One**
Name
**Attn: Bankruptcy**
**PO Box 30285**
Number     Street
**Salt Lake City, UT 84130-0285**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.46** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 5776**

---

**South Emerson Anesthesia Associates**
Name
**8141 S Emerson Ave**
Number     Street
**Indianapolis, IN 46237-8560**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.19** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Capital One**
Name
**Attn: Bankruptcy**
**PO Box 30285**
Number     Street
**Salt Lake City, UT 84130-0285**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.47** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 8288**

---

**Comcast**
Name
**Po Box 7500**
Number     Street
**Southeastern, PA 19398-7500**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.15** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 0743**

---

**Comcast Cable Corp.**
Name
**Comcast Center**
**1701 JFK Blvd**
Number     Street
**Philadelphia, PA 19103**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.15** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 0743**

---

**Credit Management, LP**
Name
**4200 International Pkwy**
Number     Street
**Carrollton, TX 75007-1912**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.15** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 7385**

---

Debtor 1    **Tami**          **Sheri**          **Underwood**                    Case number *(if known)* _____
            First Name     Middle Name     Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed Additional Page |
|---------|-----------------------------------------------------------------------------|

---

**JWM Neurology, PC**
Name
**Attn: Bankruptcy Dept.**
**Po Box 2152**
Number          Street
**Indianapolis, IN 46206-2152**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.24** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Morton Family Dental Care**
Name
**2179 N Morton St Ste A**
Number          Street
**Franklin, IN 46131-7035**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0807**

---

**Larry J. Buckel, MD, Inc.**
Name
**92 S Park Blvd**
Number          Street
**Greenwood, IN 46143-8836**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.20** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Cutaneous and Maxillofacial Pathology Lab**
Name
**9292 N Meridian St Ste 210**
Number          Street
**Indianapolis, IN 46260-1828**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.60** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Community Health Network**
Name
**1500 N Ritter Ave**
Number          Street
**Indianapolis, IN 46219-3027**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.50** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **6186**

---

**Community Health Network**
Name
**Attn: Bankruptcy Dept.**
**Po Box 19202**
Number          Street
**Indianapolis, IN 46219-0202**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.50** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **6186**

---

**American Health Network of Johnson County**
Name
**1300 W Jefferson St Ste C**
Number          Street
**Franklin, IN 46131-9121**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **6072**

---

Debtor 1      **Tami**          **Sheri**          **Underwood**
              First Name        Middle Name        Last Name                    Case number *(if known)* _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed Additional Page |
|---|---|

---

**American Coradius International LLC**
Name
**2420 Sweet Home Rd Ste 150**
Number        Street
**Buffalo, NY 14228-2244**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.30** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **8201** _____

---

**ERC**
Name
**Po Box 23870**
Number        Street
**Jacksonville, FL 32241-3870**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.8** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **1918** _____

---

**Enhanced Recovery Corp.**
Name
**Attn: Bankruptcy Dept.**
**8014 Bayberry Rd**
Number        Street
**Jacksonville, FL 32256-7412**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.8** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **1918** _____

---

**Mercantile**
Name
**165 Lawrence Bell Dr Ste 100**
Number        Street
**Buffalo, NY 14221-7900**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.45** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **9KB3** _____

---

**GLA Collection Company**
Name
**Attn: Bankruptcy Dept.**
**Po Box 588**
Number        Street
**Greensburg, IN 47240-0588**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.44** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **9338** _____

---

**Greenway Trail Emergency Physicians, LLC**
Name
**Corporation Service Company**
**135 N Pennsylvania St Ste 1610**
Number        Street
**Indianapolis, IN 46204-2448**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.13** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0860** _____

---

**Radius Global Solutions**
Name
**Attn: Bankruptcy Dept.**
**7831 Glenroy Rd Ste 250-A**
Number        Street
**Minneapolis, MN 55439-3132**
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.13** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **7284** _____

---

| Debtor 1 | Tami | Sheri | Underwood | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:** List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**Americollect, Inc.**
Name
**PO Box 1505**
Number          Street
**Manitowoc, WI 54221**
City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.64__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                                          ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number  2054**

---

**Amcol Systems**
Name
**Po Box 21625**
Number          Street
**Columbia, SC 29221-1625**
City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.65__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                                          ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Allied Collection Service, Inc.**
Name
**Attn: Bankruptcy Dept.**
**Po Box 670**
Number          Street
**Columbus, IN 47202-0670**
City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.37__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                                          ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number  2818**

---

**IMC Credit Services, LLC**
Name
**Attn: Bankruptcy Dept.**
**Po Box 20636**
Number          Street
**Indianapolis, IN 46220-0636**
City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.6__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                                          ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number  0789**

---

**Slovin & Associates Co., L.P.A.**
Name
**644 Linn St Ste 720**
Number          Street
**Cincinnati, OH 45203-1733**
City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.9__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                                          ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number  2056**

---

**Carson Smithfield, LLC**
Name
**Attn: Bankruptcy Dept.**
**Po Box 9216**
Number          Street
**Old Bethpage, NY 11804-9016**
City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.51__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                                          ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number  5208**

---

**Phillips & Cohen Associates, Ltd.**
Name
**Attn: Bankruptcy Dept.**
**1002 Justison St**
Number          Street
**Wilmington, DE 19801-5148**
City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.51__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
                                          ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number  4230**

---

| Debtor 1 | Tami | Sheri | Underwood | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed Additional Page |
|---|---|

**Med-1 Solutions, LLC**
Name
**c/o William J. Huff, Reg. Agent**
**517 US Highway 31 N.**
Number        Street
**Greenwood, IN 46142**
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.14**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number  6186**

---

**Community Health Network**
Name
**Attn: Bankruptcy Dept.**
**7163 Solutions Ctr**
Number        Street
**Chicago, IL 60677-7001**
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.14**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number  3669**

---

**Eagle Accounts Group, Inc.**
Name
**Attn: Chet D. Klene, Reg. Agent**
**7510 Madison Avenue**
Number        Street
**Indianapolis, IN 46227**
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.56**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number  2750**

---

**Harris & Harris**
Name
**Attn: Bankruptcy Dept.**
**111 W Jackson Blvd Ste 400**
Number        Street
**Chicago, IL 60604-4135**
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.23**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number  4003**

| Debtor 1 | Tami | Sheri | Underwood | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:  Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  | | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $5,324.65 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $5,324.65 |

|  | | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $97,907.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $34,689.38 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $132,596.38 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Tami** | **Sheri** | **Underwood** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Indiana** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** EQT Production Company<br>Name<br>625 Liberty Avenue Ste 1700<br>Number       Street<br>Pittsburgh, PA 15222<br>City                         State      ZIP Code | Oil and Gas Lease. Debtor is lessor.<br>Contract to be ASSUMED |
| **2.2** Progressive Leasing<br>Name<br>Attn: Bankruptcy Dept.<br>256 W Data Dr<br>Number       Street<br>Draper, UT 84020-2315<br>City                         State      ZIP Code | Household goods<br>Contract to be ASSUMED |
| **2.3**<br>Name<br>Number       Street<br>City                         State      ZIP Code | |
| **2.4**<br>Name<br>Number       Street<br>City                         State      ZIP Code | |
| **2.5**<br>Name<br>Number       Street<br>City                         State      ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | **Tami** | **Sheri** | **Underwood** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Indiana**

Case number
(if known)  _____

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name

   _____
   Number      Street

   _____
   City                          State      ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Underwood, Douglas C. | ☑ Schedule D, line  2.8 |
| Name | ☑ Schedule E/F, line  2.2, 2.3 |
| 1069 Taurus Ln | ☐ Schedule G, line  _____ |
| Number      Street | |
| Franklin, IN 46131-7020 | |
| City                          State      ZIP Code | |

Official Form 106H                    Schedule H: Your Codebtors                    page 1 of 1

Fill in this information to identify your case:

| Debtor 1 | Tami | Sheri | Underwood |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Indiana**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed  ☐ Not Employed | ☐ Employed  ☑ Not Employed |
| Occupation | | Payroll Clerk | _____ |
| Employer's name | | Timpe CPA | _____ |
| Employer's address | | 4801 Northwestern Dr | _____ |
| | | Number Street | Number Street |
| | | _____ | _____ |
| | | _____ | _____ |
| | | Zionsville, IN 46077-9249 | _____ |
| | | City          State     Zip Code | City          State     Zip Code |
| How long employed there? | | 1 year | _____ |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | $2,929.44 | $0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $2,929.44 | $0.00 |

Debtor 1 ___Tami_____ ___Sheri_____ ___Underwood_____

    First Name      Middle Name      Last Name

Case number *(if known)* _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here....................................................→ | 4. | $2,929.44 | $0.00 |
| 5. List all payroll deductions: |  |  |  |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $518.02 | $0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $262.88 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $780.90 | $0.00 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $2,148.54 | $0.00 |
| 8. List all other income regularly received: |  |  |  |
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
|     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |  |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
|     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |  |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive |  |  |  |
|     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. |  |  |  |
|     Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. + | $0.00 | + $0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $0.00 | $0.00 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $2,148.54 + $0.00 | = $2,148.54 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. + $0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies     12. $2,148.54

                                                                    **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Tami | Sheri | Underwood |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Indiana | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

    4. _____

If not included in line 4:

4a. Real estate taxes      4a. _____ $0.00

4b. Property, homeowner's, or renter's insurance      4b. _____ $0.00

4c. Home maintenance, repair, and upkeep expenses      4c. _____ $40.00

4d. Homeowner's association or condominium dues      4d. _____ $0.00

Debtor 1    Tami    Sheri    Underwood                              Case number *(if known)*_____
     First Name     Middle Name     Last Name

|  |  | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
|  | 6a. Electricity, heat, natural gas | 6a. $150.00 |
|  | 6b. Water, sewer, garbage collection | 6b. $125.00 |
|  | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $111.00 |
|  | 6d. Other. Specify: _____ | 6d. $0.00 |
| 7. | **Food and housekeeping supplies** | 7. $300.00 |
| 8. | **Childcare and children's education costs** | 8. $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $150.00 |
| 10. | **Personal care products and services** | 10. $100.00 |
| 11. | **Medical and dental expenses** | 11. $75.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $50.00 |
| 14. | **Charitable contributions and religious donations** | 14. $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
|  | 15a. Life insurance | 15a. $0.00 |
|  | 15b. Health insurance | 15b. $0.00 |
|  | 15c. Vehicle insurance | 15c. $126.00 |
|  | 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $0.00 |
| 17. | **Installment or lease payments:** | |
|  | 17a. Car payments for Vehicle 1 | 17a. $425.00 |
|  | 17b. Car payments for Vehicle 2 | 17b. _____ |
|  | 17c. Other. Specify: IRS Installment Agreement | 17c. $50.00 |
|  | 17d. Other. Specify: RnR Tires Installment Agreement | 17d. $50.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
|  | 20a. Mortgages on other property | 20a. $0.00 |
|  | 20b. Real estate taxes | 20b. $0.00 |
|  | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
|  | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
|  | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

Debtor 1    **Tami**          **Sheri**        **Underwood**                              Case number *(if known)*_____
            First Name       Middle Name      Last Name

---

21.  **Other.** Specify: _____          21.    +  _____ $0.00

22.  **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.                                      22a.    _____ $2,052.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    _____ $0.00

   22c. Add line 22a and 22b. The result is your monthly expenses.   22c.    _____ $2,052.00

23.  **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from *Schedule I*.    23a.    _____ $2,148.54

   23b. Copy your monthly expenses from line 22c above.             23b.   −  _____ $2,052.00

   23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*                    23c.    _____ $96.54

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.           None

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Tami** | **Sheri** | **Underwood** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Indiana** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Sign Below |
|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaraion and that they are true and correct.**

X  /s/ Tami Sheri Underwood
Tami Sheri Underwood, Debtor 1

X _____

Date 03/29/2019
   MM/ DD/ YYYY

Date _____
   MM/ DD/ YYYY

| Fill in this information to identify your case: | |
| --- | --- |

Debtor 1          **Tami**              **Sheri**              **Underwood**
                  First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:          **Southern District of Indiana**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

**1. What is your current marital status?**

☐ Married

☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 829 Clearview Drive Apt. B<br>Number   Street | From  2017<br>To     2018 | Number   Street | From _____<br>To   _____ |
| Greenwood, IN 46143<br>City        State  ZIP Code | | City              State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 1069 Taurus Lane<br>Number   Street | From  2007<br>To     2017 | Number   Street | From _____<br>To   _____ |
| Franklin, IN 46131<br>City        State  ZIP Code | | City              State  ZIP Code | |

| Debtor 1 | **Tami** | **Sheri** | **Underwood** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

---

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $4,830.75 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2018 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $30,754.25 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

Debtor 1    **Tami**     **Sheri**     **Underwood**      Case number *(if known)* _____

First Name    Middle Name    Last Name

**For last calendar year:**

(January 1 to December 31, _2018_ )
                 YYYY

**For the calendar year before that:**

(January 1 to December 31, _2017_ )
                 YYYY

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Creditor's Name | | | | ☐ Mortgage / ☐ Car / ☐ Credit card / ☐ Loan repayment / ☐ Suppliers or vendors / ☐ Other _____ |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

Debtor 1     **Tami**        **Sheri**          **Underwood**              Case number *(if known)*

First Name        Middle Name        Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number      Street | | | | |
| City           State   ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number      Street | | | | |
| City           State   ZIP Code | | | | |

---

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  Eagle Accounts Group, Inc. v. Tami S. Underwood<br><br>Case number  41D02-1809-SC-002869 | Small Claims | Johnson Magistrate Court<br>Court Name<br>Main Courthouse, 3rd Floor<br>5 E Jefferson St<br>Number      Street<br>Franklin, IN 46131-2320<br>City                State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor 1    **Tami**         **Sheri**              **Underwood**                           Case number *(if known)* _____
            First Name      Middle Name           Last Name

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Midland Funding, LLC v. Tami Underwood | Civil Collection | Johnson Superior Court No. 1<br>Court Name<br>Main Courthouse, 3rd Floor<br>5 E. Jefferson Street<br>Number       Street<br>Franklin, IN 46131<br>City                    State       ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | 41D01-1807-CC-000775 | | | |
| Case title | Gene B. Glick Co., Inc. as M/A for Ashmore Trace Apartments v. Tami Underwood | Small Claims / Eviction | Johnson Magistrate Court<br>Court Name<br>Main Courthouse, 3rd Floor<br>5 E Jefferson St<br>Number       Street<br>Franklin, IN 46131-2320<br>City                    State       ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | 41D03-1804-SC-001196 | | | |
| Case title | Barclays Bank Delaware v. Tami Underwood | Civil Collection | Johnson Superior Court No. 4<br>Court Name<br>Main Courthouse, 2nd Floor<br>5 E. Jefferson Street<br>Number       Street<br>Franklin, IN 46131<br>City                    State       ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | 41D04-1712-CC-001275 | | | |
| Case title | LVNV Funding, LLC v. Tami Underwood | Civil Collection | Johnson Superior Court No. 4<br>Court Name<br>Main Courthouse, 2nd Floor<br>5 E. Jefferson Street<br>Number       Street<br>Franklin, IN 46131<br>City                    State       ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | 41D04-1703-CC-000285 | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number       Street<br><br>_____<br><br>_____<br>City            State    ZIP Code | _____<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | _____ |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page **5**

| Debtor 1 | **Tami** | **Sheri** | **Underwood** | Case number *(if known)* |
|----------|----------|-----------|----------------|---------------------------|
|          | First Name | Middle Name | Last Name |  |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number     Street | | | |
| _____<br>City          State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

## Part 5:  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | | |
| _____<br>Number     Street | | | |
| _____<br>City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

Debtor 1   **Tami**          **Sheri**           **Underwood**                    Case number *(if known)* _____

First Name    Middle Name       Last Name

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | _____ | _____ |
| Charity's Name | | _____ | _____ |
| | | | |
| Number    Street | | | |
| | | | |
| City          State   ZIP Code | | | |

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Office of Matthew M. Cree, LLC<br>Person Who Was Paid | Bankruptcy filing fee and credit reports; Bankruptcy filing fee; Bankruptcy filing fee; Attorney fees; Attorney fees; Attorney fees | 12/27/2018 | $100.00 |
| 1638 W Smith Valley Rd Suite A<br>Number    Street | | 01/02/2019 | $100.00 |
| | | 1/11/2019 | $200.00 |
| Greenwood, IN 46142-1550<br>City          State    ZIP Code | | 01/23/2019 | $100.00 |
| matt@creelawoffice.com<br>Email or website address | | 2/6/2019 | $200.00 |
| Matthew M. Cree<br>Person Who Made the Payment, if Not You | | 02/21/2019 | $900.00 |

Debtor 1    **Tami**          **Sheri**          **Underwood**                          Case number *(if known)* _____
          First Name       Middle Name       Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| 001 Debtorcc, Inc. | Pre-filing course | | |
| Person Who Was Paid | | | |
| 378 Summit Avenue | | 03/26/2019 | $14.95 |
| Number    Street | | | |
| | | | |
| Jersey City, NJ 07306 | | | |
| City          State    ZIP Code | | | |
| www.debtorcc.org | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City          State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | **Tami** | **Sheri** | **Underwood** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | XXXX– ___ ___ ___ ___ | ☐ Checking | _____ | _____ |
| _____ | | ☐ Savings | | |
| **Number    Street** | | ☐ Money market | | |
| _____ | | ☐ Brokerage | | |
| **City         State    ZIP Code** | | ☐ Other _____ | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Tami**        **Sheri**        **Underwood**                    Case number *(if known)* _____
　　　　　　First Name　　　　Middle Name　　　Last Name

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| _____ | _____ | | ☐ Yes |
| **Name of Financial Institution** | **Name** | | |
| | | | |
| _____ | _____ | | |
| **Number    Street** | **Number    Street** | | |
| | _____ | | |
| _____ | **City        State    ZIP Code** | | |
| **City        State    ZIP Code** | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| _____ | _____ | | ☐ Yes |
| **Name of Storage Facility** | **Name** | | |
| | | | |
| _____ | _____ | | |
| **Number    Street** | **Number    Street** | | |
| | _____ | | |
| _____ | **City        State    ZIP Code** | | |
| **City        State    ZIP Code** | | | |

---

**Part 9:** Identify Property You Hold or Control for Someone Else

---

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | _____ |
| _____ | _____ | | |
| **Owner's Name** | **Number    Street** | | |
| | | | |
| _____ | _____ | | |
| **Number    Street** | **City        State    ZIP Code** | | |
| | | | |
| _____ | | | |
| **City        State    ZIP Code** | | | |

Debtor 1     **Tami**        **Sheri**          **Underwood**                                    Case number *(if known)*
             First Name      Middle Name        Last Name

<table>
<tr><td>**Part 10:**</td><td>Give Details About Environmental Information</td></tr>
</table>

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name of site | Governmental unit | | |
| _____ | _____ | | |
| Number     Street | Number     Street | | |
| _____ | _____ | | |
| | City          State    ZIP Code | | |
| _____ | | | |
| City          State    ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name of site | Governmental unit | | |
| _____ | _____ | | |
| Number     Street | Number     Street | | |
| _____ | _____ | | |
| | City          State    ZIP Code | | |
| _____ | | | |
| City          State    ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | Tami | Sheri | Underwood | Case number *(if known)* _____ |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

| | Court or agency | Nature of the case | Status of the case |
| --- | --- | --- | --- |
| Case title _____ | _____ <br> **Court Name** | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| _____ | _____ <br> **Number    Street** | | |
| Case number _____ | _____ <br> **City        State    ZIP Code** | | |

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

---

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| _____ <br> **Name** | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
| --- | --- | --- |
| _____ <br> **Number    Street** | | EIN:  __ __ – __ __ __ __ __ __ __ |
| _____ <br> **City        State    ZIP Code** | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| _____ <br> **Name** | Date issued <br> _____ <br> **MM / DD / YYYY** |
| --- | --- |
| _____ <br> **Number    Street** | |
| _____ <br> **City        State    ZIP Code** | |

Debtor 1    **Tami**              **Sheri**              **Underwood**                              Case number *(if known)* _____
            First Name            Middle Name            Last Name

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** _____/s/ Tami Sheri Underwood_____          **X** _____
Signature of Tami Sheri Underwood, Debtor 1                  Signature of

Date  _03/29/2019_____                                          Date _____


**Did you attach additional pages to your** *Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No

☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Tami** | **Sheri** | **Underwood** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Indiana** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7                    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **South Shore Bank**<br>Description of property securing debt: **Single family residence**<br>**1069 Taurus Ln Franklin, IN 46131-7020** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **Capital One Auto Finance**<br>Description of property securing debt: **2012 Chevy Cruze**<br>Good condition | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

Debtor 1   Tami          Sheri         Underwood
           First Name    Middle Name   Last Name                    Case number *(if known)*

---

██ **Additional Page for Part 1**

---

| Creditor's name: | **LVNV Funding, LLC** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☑ Yes |
| Description of property securing debt: | **Single family residence** **1069 Taurus Ln Franklin, IN 46131-7020** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☑ Retain the property and [explain]: **avoid lien using 522(f)** | |

---

| Creditor's name: | **Ashmore Trace Apartments** | ☐ Surrender the property. | ☑ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **Single family residence** **1069 Taurus Ln Franklin, IN 46131-7020** | ☑ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |

---

| Creditor's name: | **Eagle Accounts Group, Inc.** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☑ Yes |
| Description of property securing debt: | **Single family residence** **1069 Taurus Ln Franklin, IN 46131-7020** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☑ Retain the property and [explain]: **avoid lien using 522(f)** | |

---

| Creditor's name: | **Barclays Bank Delaware** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☑ Yes |
| Description of property securing debt: | **Single family residence** **1069 Taurus Ln Franklin, IN 46131-7020** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☑ Retain the property and [explain]: **avoid lien using 522(f)** | |

---

| Creditor's name: | **Progressive Leasing** | ☐ Surrender the property. | ☑ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **Dishes, pots and pans, and misc. household furnishings.** | ☑ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |

---

| Creditor's name: | **Progressive Leasing** | ☐ Surrender the property. | ☑ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **Dishes, pots and pans, and misc. household furnishings.** | ☑ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |

---

Debtor 1 _____
              Tami          Sheri         Underwood
              First Name   Middle Name   Last Name                    Case number *(if known)*

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Progressive Leasing | ☐ No<br>☑ Yes |
| Description of leased property: Household goods | |
| Lessor's name: EQT Production Company | ☐ No<br>☑ Yes |
| Description of leased property: Oil and Gas Lease. Debtor is lessor. | |
| Lessor's name: | ☐ No<br>☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No<br>☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No<br>☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No<br>☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No<br>☐ Yes |
| Description of leased property: | |

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X ____/s/ Tami Sheri Underwood____          X _____
Signature of Debtor 1                              Signature of Debtor 2

Date  03/29/2019                                   Date _____
         MM/ DD/ YYYY                                      MM/ DD/ YYYY

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## Southern District of Indiana

**In re**

Underwood, Tami Sheri                                   Case No. _____

**Debtor(s)**                                            Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . .        $1,600.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . .        $1,600.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        $0.00

2.   The source of the compensation to be paid to me was:
   ☑ Debtor                          ☐ Other (specify)

3.   The source of compensation to be paid to me is:
   ☑ Debtor                          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/29/2019 _____          /s/ Matthew M Cree _____
*Date*                                         *Signature of Attorney*

                                    Law Office of Matthew M. Cree, LLC _____
                                         *Name of law firm*

---

Date: 3/29/2019 _____          /s/ Tami Sheri Underwood _____
                                         **Underwood, Tami Sheri**

Case 19-02113-JMC-7    Doc 1    Filed 03/29/19    EOD 03/29/19 13:18:02    Pg 89 of 103

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: **Underwood, Tami Sheri**                                    CASE NO

                                                                    CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____03/29/2019_____    Signature _____/s/ Tami Sheri Underwood_____
                                                        Tami Sheri Underwood, Debtor

Afni, Inc.
Attn: Bankruptcy
PO Box 3427
Bloomington, IL 61702

Allied Collection Service, Inc.
Attn: Bankruptcy Dept.
Po Box 670
Columbus, IN 47202-0670

Amcol Systems
Po Box 21625
Columbia, SC 29221-1625

American Coradius
International LLC
2420 Sweet Home Rd Ste 150
Buffalo, NY 14228-2244

American Health Network of
Indiana, LLC
10689 N. Pennsylvania St #200
Indianapolis, IN 46280

American Health Network of
Johnson County
1300 W Jefferson St Ste C
Franklin, IN 46131-9121

Americollect, Inc.
PO Box 1505
Manitowoc, WI 54221

ARS National Services Inc.
Po Box 469046
Escondido, CA 92046-9046

Ashmore Trace Apartments
Attn: Highest Executive Officer Found
902 Wallington Cir
Greenwood, IN 46143-2353


AT&T
4331 Communications Dr
Dallas, TX 75211-1300


Barclays Bank Delaware
PO Box 8801
Wilmington, DE 19899


Big Picture Loans, LLC
Attn: Customer Service
Po Box 704
Watersmeet, MI 49969-0704


Can Capital / Webbank
115 N 400 W # 301
Salt Lake Cty, UT 84103-1124


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Auto Finance
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Carson Smithfield, LLC
Attn: Bankruptcy Dept.
Po Box 9216
Old Bethpage, NY 11804-9016

Center for Diagnostic
Imaging
Po Box 2303 Dept 163
Indianapolis, IN 46206-2303

CHN JMH Ventures LLC
7610 Solutions Ctr
Chicago, IL 60677-7006

Choice Recovery
1550 Old Henderson Road Suite 100
Columbus, OH 43220

Comcast
Po Box 7500
Southeastern, PA 19398-7500

Comcast Cable Corp.
Comcast Center
1701 JFK Blvd
Philadelphia, PA 19103

Comenity Bank
Attn: Bankruptcy Dept.
PO Box 182125
Columbus, OH 43218

Commonwealth Financial
Systems
Attn: Bankruptcy Dept.
245 Main St
Dickson City, PA 18519-1641

Community Health Network
1500 N Ritter Ave
Indianapolis, IN 46219-3027

Community Health Network
Attn: Bankruptcy Dept.
Po Box 19202
Indianapolis, IN 46219-0202


Community Health Network
Attn: Bankruptcy Dept.
7163 Solutions Ctr
Chicago, IL 60677-7001


Credit Management, LP
Attn: Bankruptcy
PO Box 118288
Carrollton, TX 75011


Credit Management, LP
4200 International Pkwy
Carrollton, TX 75007-1912


Credit One Bank
ATTN: Bankruptcy
PO Box 98873
Las Vegas, NV 89193


Cutaneous and Maxillofacial
Pathology Lab
9292 N Meridian St Ste 210
Indianapolis, IN 46260-1828


Denise Marie Hallett
Attorney at Law
Po Box 757
Hobart, IN 46342-0757


Dept of Ed / Navient
Attn: Claims Dept
PO Box 9635
Wilkes Barr, PA 18773-9635

Eagle Accounts Group, Inc.
Attn: Bankruptcy
PO Box 17400
Indianapolis, IN 46217


Eagle Accounts Group, Inc.
Attn: Chet D. Klene, Reg. Agent
7510 Madison Avenue
Indianapolis, IN 46227


Enhanced Recovery Corp.
Attn: Bankruptcy Dept.
8014 Bayberry Rd
Jacksonville, FL 32256-7412


EQT Production Company
625 Liberty Avenue Ste 1700
Pittsburgh, PA 15222


ERC
Po Box 23870
Jacksonville, FL 32241-3870


Fingerhut
Attn: Bankruptcy Dept.
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820


First National Bank
Attn: Bankruptcy
PO Box 5097
Sioux Falls, SD 57117-5097


First Savings Credit Card
Attn: Bankruptcy Department
PO Box 5019
Sioux Falls, SD 57117

Firstsource Advantage, LLC
205 Bryant Woods S
Buffalo, NY 14228-3609


FMA Alliance Ltd.
Po Box 2409
Houston, TX 77252-2409


Franciscan Alliance Inc.
1515 W Dragoon Trl
Mishawaka, IN 46544-4710


Franciscan Alliance Inc.
Attn: Bankruptcy Dept.
28044 Network Pl
Chicago, IL 60673-1280

G. L. A. Collection Company
Attn: Bankruptcy
PO Box 588
Greensburg, IN 47240-0588

Gene B. Glick Co., Inc.
Attn: Adam J. Richter, Reg. Agent
8801 River Crossing Blvd Ste 200
Indianapolis, IN 46240-2295

Genesis BC/Celtic Bank
Attn: Bankruptcy 268 South State Street
Ste 300
Salt Lake City, UT 84111

GLA Collection Company
Attn: Bankruptcy Dept.
Po Box 588
Greensburg, IN 47240-0588

Global Credit & Collection
Corp.
Attn: Bankruptcy Dept.
300 International Dr Pmb 10015
Williamsville, NY 14221-5781

Greenway Trail Emergency
Physicians, LLC
Corporation Service Company
135 N Pennsylvania St Ste 1610
Indianapolis, IN 46204-2448

Gymboree Corporation
Attn: Payroll / Human Resources
500 Howard St.
San Francisco, CA 94105

Harris & Harris
111 W Jackson Blvd Suite 400
Chicago, IL 60604

Harris & Harris
Attn: Bankruptcy Dept.
111 W Jackson Blvd Ste 400
Chicago, IL 60604-4135

Hoosier Foot and Ankle
1159 W Jefferson St Ste 204
Franklin, IN 46131-2795

Huntington National Bank
PO Box 1558
Columbus, OH 43216

IMC Credit Services, LLC
Attn: Bankruptcy
PO Box 20636
Indianapolis, IN 46220

IMC Credit Services, LLC
Attn: Bankruptcy Dept.
Po Box 20636
Indianapolis, IN 46220-0636


Indiana Department of
Revenue
Bankruptcy Section, N-240 MS 108
100 N Senate Ave
Indianapolis, IN 46204-2273


Indiana Immediate Care
Attn: Billing Department
Po Box 15206
Loves Park, IL 61132-5206


Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346


JMH OCC Health Immediate
Care
Po Box 314
Franklin, IN 46131-0314


Johnson Memorial Hospital
PO Box 669
1125 W Jefferson St
Franklin, IN 46131-2140


Joseph Brian Walterman
Attorney at Law
PO Box 631
Greenwood, IN 46142


JP Morgan Chase Bank, N.A.
Attn: Bankruptcy Dept.
Po Box 78420
Phoenix, AZ 85062-8420

JWM Neurology, PC
Attn: Bankruptcy Dept.
Po Box 2152
Indianapolis, IN 46206-2152

Kara A. Graham
Levy & Associates LLC
4645 Executive Drive
Columbus, OH 43220

KeyBank, N.A.
Attn: Bankruptcy Department 4910
Tiedeman Road
Brooklyn, OH 44144

Kohls
Attn: Bankruptcy Dept.
Po Box 3120
Milwaukee, WI 53201-3120

L B Gray LLC
Attn: Bankruptcy Dept.
9100 Keystone Xing Ste 850
Indianapolis, IN 46240-0015

Langdon Mortage Company
Attn: Payroll / Human Resources
250 E 96th St Ste 275
Indianapolis, IN 46240-3866

Larry J. Buckel, MD, Inc.
92 S Park Blvd
Greenwood, IN 46143-8836

LVNV Funding, LLC
c/o Corporation Service Company
135 N Pennsylvania St Ste 1610
Indianapolis, IN 46204-2448

LVNV Funding/Resurgent
Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Med-1 Solutions, LLC
Attn: Bankruptcy 517 US Highway 31
North
Greenwood, IN 46142-3932

Med-1 Solutions, LLC
c/o William J. Huff, Reg. Agent
517 US Highway 31 N.
Greenwood, IN 46142

Mercantile
165 Lawrence Bell Dr Ste 100
Buffalo, NY 14221-7900

Merrick Bank/CardWorks
Attn: Bankruptcy
PO Box 9201
Old Bethpage, NY 11804

MidAmerica Bank & Trust
Company
Attn: Bankruptcy
PO Box 400
Dixon, MO 65459

Midland Funding, LLC
c/o Corporation Service Company
135 N Pennsylvania St Ste 1610
Indianapolis, IN 46204-2448

Morton Family Dental Care
2179 N Morton St Ste A
Franklin, IN 46131-7035

MyOrthoTeam.com
St. Francis South Campus
8141 S Emerson Ave Ste A
Indianapolis, IN 46237-8561

National Enterprise System
2479 Edison Blvd Unit A
Twinsburg, OH 44087

Navient
Attn: Bankruptcy
PO Box 9000
Wiles-Barr, PA 18773-9000

New World Collections, Inc.
9000 Keystone Crossing Ste 635
Indianapolis, IN 46240

OneMain Financial
Attn: Bankruptcy 601 NW 2nd Street
Evansville, IN 47708

Phillips & Cohen Associates, Ltd.
Attn: Bankruptcy Dept.
1002 Justison St
Wilmington, DE 19801-5148

Portfolio Recovery Associates LLC
PO Box 41021
Norfolk, VA 23541

Portfolio Recovery Associates LLC
Attn: Litigation
120 Corporate Blvd
Norfolk, VA 23502-4952

Progressive Leasing
Attn: Bankruptcy Dept.
256 W Data Dr
Draper, UT 84020-2315


Rachel L. Elmore
9100 Keystone Crossing Ste. 870
Indianapolis, IN 46240


Radiology of Indiana P.C.
Attn: Bankruptcy Dept.
7340 Shadeland Sta Ste 200
Indianapolis, IN 46256-3980


Radius Global Solutions
Po Box 390846
Minneapolis, MN 55439-0846


Radius Global Solutions
Attn: Bankruptcy Dept.
7831 Glenroy Rd Ste 250-A
Minneapolis, MN 55439-3132


Slovin & Associates Co., L.P.A.
644 Linn St Ste 720
Cincinnati, OH 45203-1733


South Emerson Anesthesia Associates
8141 S Emerson Ave
Indianapolis, IN 46237-8560


South Shore Bank
Attn: Bankruptcy
PO Box 151
Weymouth, MA 02188

St. Vincent Medical Group Inc.
Attn #12812M
Po Box 14000
Belfast, ME 04915-4033


Stenger & Stenger, P.C.
Attn: Bankruptcy Dept.
2618 East Paris Ave Se
Grand Rapids, MI 49546-2454


Summit Receivables
1291 Galleria Dr Ste 170
Henderson, NV 89014-8635


Synchrony Bank
Attn: Bankruptcy Dept.
Po Box 965064
Orlando, FL 32896-5064


Synchrony Bank
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896


Total Visa
Po Box 5069
Sioux Falls, SD 57117-5069


U.S. Department of Education
Attn: Bankruptcy / Litigation
400 Maryland Ave Sw
Washington, DC 20202-0001


Douglas C. Underwood
1069 Taurus Ln
Franklin, IN 46131-7020

WLCC II DBA Arrowhead
Advance
Po Box 6048
Pine Ridge, SD 57770-6048